AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| United States of America<br>v.<br><br>Jose SANTOS-PANIAGUA<br><br>*Defendant(s)* | )<br>)<br>)<br>)  Case No. 25- 130 (M)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 16, 2025__ in the county of _____ in the _____ District of __Puerto Rico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(o) | Possession of a Machinegun |

This criminal complaint is based on these facts:

See attached affidavit.
The United States requests that defendant be detained and moves for a three-day continuance under 18 U.S.C. § 3142(f).
Approved by AUSA Jeanette M. Collazo-Ortiz

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Michael Villanueva, Special Agent HSI
*Printed name and title*

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __10:50 AM__, on __2/17/25__

Date: __02/17/2025__

_____
*Judge's signature*

City and state: __San Juan, Puerto Rico__           U.S. Magistrate Judge Marcos E. López
*Printed name and title*